◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CERIOUS McCRAY, Appellant. [48 NYS3d 614]—Appeal by the defendant from a resentence of the County Court, Dutchess County (Alfieri, J.), imposed July 25, 2013, upon his convictions of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the resentence is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*,

54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).
Rivera, J.P., Austin, Roman, Hinds-Radix and Connolly, JJ.,
concur.